IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID CHAPMAN,                                                         PLAINTIFF
ADC #120704

VS.                   CASE NO. 2:05CV00113 JLH

MRS. MEEKS, et al.                                             DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Judgment shall be entered accordingly.

IT IS SO ORDERED this __29th__ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE